Clarke *v.* Dunham.

charge upon the town, the fines which may be imposed and collected belong to the town.

As the board did not in all respects act in accordance with the results at which we have arrived, a mandamus is ordered.

Motion granted.

CLARKE *vs.* DUNHAM.

*It is not irregular to sue and recover a judgment against one who has been found by inquisition to be a lunatic or an habitual drunkard.*

THE defendant was found to be an habitual drunkard in February, 1845, and a committee was appointed to take charge of his person and estate. The plaintiff afterwards commenced this action of assumpsit by the filing and service of a declaration, obtained judgment by default, and issued execution.

*D. Burwell*, on behalf of the committee, moved to set aside the judgment and subsequent proceedings for irregularity. He cited 2 *Paige*, 422; 3 *id.* 199; 5 *id.* 489; *Shelford on Lunacy*, 424.

*J. H. Collier*, contra, cited 19 *Wend.* 649.

*By the Court*, BRONSON, Ch. J. We do not think the proceedings irregular. The committee should apply to the court of chancery. (*Robertson* v. *Lain*, 19 *Wend.* 649.)

Motion denied.